IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. __2:13-12636__

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Pamela J. Olsen

2. Plaintiff's Spouse (if applicable)

   David Olsen

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   Not Applicable

4. State of Residence

   Minnesota

5. District Court and Division in which venue would be proper absent direct filing.

   U.S. District Court for the District of New Jersey, Trenton Vicinage

6. Defendants (Check Defendants against whom Complaint is made):

   ☒    A. Ethicon, Inc.

   ☒    B. Ethicon, LLC

Revised: 1/4/13

☒ C. Johnson & Johnson

☐ D. American Medical Systems, Inc. ("AMS")

☐ E. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐ F. Endo Pharmaceuticals, Inc.

☐ G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐ H. Boston Scientific Corporation

☐ I. C. R. Bard, Inc. ("Bard")

☐ J. Sofradim Production SAS ("Sofradim")

☐ K. Tissue Science Laboratories Limited ("TSL")

☐ L. Mentor Worldwide LLC

☐ M. Coloplast A/S

☐ N. Coloplast Corp.

☐ O. Coloplast Manufacturing US, LLC

☐ P. Porges S.A.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 9: Subject Matter Jurisdiction

Paragraph 10: Personal Jurisdiction

Paragraph 11: Venue

   B. Other allegations of jurisdiction and venue:

   <u>Not Applicable</u>

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

   ☐ Prolift

   ☐ Prolift +M

   ☐ Gynemesh/Gynemesh PS

   ☐ Prosima

   ☒ TVT

   ☐ TVT-Oturator (TVT-O)

   ☐ TVT-SECUR (TVT-S)

   ☐ TVT-Exact

   ☐ TVT-Abbrevo

   ☐ Other

   _____

   _____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

   ☐ Prolift

   ☐ Prolift +M

   ☐ Gynemesh/Gynemesh PS

   ☐ Prosima

   ☒ TVT

   ☐ TVT-Oturator (TVT-O)

   ☐ TVT-SECUR (TVT-S)

   ☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

August 18, 2008

11. Hospital(s) where Plaintiff was implanted (including City and State):

Fairview Lakes Regional Medical Center, Wyoming, MN

12. Implanting Surgeon(s):

Dr. Ralph L. Magnusson

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

☒ Count V – Strict Liability – Design Defect

☒ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

4

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

Address and bar information:        /s/ Kyla G. Cole_____
                                    Attorneys for Plaintiffs
                                    Admitted Pro Hac Vice
                                    TX Bar No. 24033133
                                    Waters & Kraus, LLP
                                    3219 McKinney Avenue
                                    Dallas, Texas 75204
                                    Telephone: (214) 357-6244
                                    Facsimile: (214) 357-7252